| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 BRISTOL STREET #400<br>COSTA MESA, CA 92626<br>TEL: 949.312.1377<br>FAX: 949.288.2054<br>BEN@NEXUSBK.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>DANIEL ALARCON,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-12055-SY<br>CHAPTER 13<br><br>**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>[No Hearing Required] |
|---|---|

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1):

1. ☒ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

   **OR**

   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter ____ and was converted to a case under chapter 13 on _____.

2. ☒ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

   **OR**

   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 1 — **F 3015-1.18.DEBTOR.MOTION.DISMISS**

Filing Date: _____
Movant: _____
Personal or Real Property: _____

Status:  ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied
*(Please attach additional pages if needed.)*

3.  ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   **OR**

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:
   _____
   _____

   *(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:
   Debtor is going to sell his home and wishes to do so outside of bankruptcy.
   _____
   _____
   _____

   *(Please attach additional pages if needed.)*

Date: 04/18/2025

/s/Benjamin Heston
Attorney for Debtor

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 04/18/2025

[signature]
Debtor

Date: _____

_____
Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                    F 3015-1.18.DEBTOR.MOTION.DISMISS