United States Bankruptcy Court

Central District of California

In re:                                                                                                                  Case No. 25-12055-SY

Daniel Alarcon                                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                User: admin                                   Page 1 of 2

Date Rcvd: Apr 23, 2025                     Form ID: van154                              Total Noticed: 11

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Daniel Alarcon, 103 E. 6th St., Perris, CA 92570 |
| 42408049 | H&R Block / Emerald Financial Services, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 42408054 | Yvette Lorena Morales, 103 E. 6th St., Perris, CA 92570 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Apr 24 2025 05:36:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Apr 24 2025 05:36:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42408047 | Email/Text: krystle@alliedcollectionservice.com | Apr 24 2025 01:35:00 | Allied Collection Service, 1607 Central Ave, Columbus, IN 47201-5370 |
| 42408048 | EDI: AMINFOFP.COM | Apr 24 2025 05:36:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 42408050 | EDI: JEFFERSONCAP.COM | Apr 24 2025 05:36:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 42408052 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 01:52:38 | LVNV Funding, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 42408051 | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 24 2025 01:35:00 | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 42408053 | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Apr 24 2025 01:35:00 | SchoolsFirst Federal Credit Union, PO Box 11547, Santa Ana, CA 92711-1547 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: van154 | Total Noticed: 11 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025                                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Daniel Alarcon bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

FORM CACB van154−od13vdr
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Daniel Alarcon

**BANKRUPTCY NO.** 6:25−bk−12055−SY

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−3263
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 4/23/25

**Address:**
103 E. 6th St.
Perris, CA 92570

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: April 23, 2025

BY THE COURT,

**Scott H. Yun**
United States Bankruptcy Judge

Form van154−od13vd Rev. 06/2017

**14 / SM6**