PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:     (951) 276-6990
Facsimile:     (951) 276-6973
Email:         Abram.S.Feuerstein@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DANIEL ALARCON,<br><br>     Debtor. | Case No. 6:25-bk-12055-SY<br><br>Chapter 13<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING ATTORNEY TO FILE DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MARY H. AVALOS IN SUPPORT THEREOF**<br><br>**<u>Hearing:</u>**<br>Date:    May 27, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 302<br>         3420 Twelfth St.<br>         Riverside, CA 92501 |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on May 27, 2025, at 1:30 p.m., at the United States Bankruptcy Court for the Central District of California, before the Honorable Scott H. Yun, United States Bankruptcy Court Judge, in Courtroom 302, located at 3420 Twelfth Street, Riverside, CA 92501, Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee"), will move the Court for an order requiring Benjamin Heston ("Heston"), to file a disclosure of attorney compensation ("Statement of Attorney Compensation") pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure ("Rule") 2016.[1] Moreover, the U.S. Trustee requests that the Court retain jurisdiction to rule on the refund of attorney's fees pursuant to Section 329 and Rule 2017, if necessary.

This motion is based upon the attached Notice of Motion, the Motion, the Memorandum of Points and Authorities, the declaration of May H. Avalos ("Avalos Decl."), the papers, pleadings, and files of record and such evidence as the Court might receive at the time of the hearing on this motion.

Pursuant to Federal Rules of Evidence 201, the U.S. Trustee respectfully requests that the Court take judicial notice of the docket, and all documents filed in this bankruptcy case, including the bankruptcy petition and the schedules and statements, if any.

//

//

//

//

//

//

---

[1]     Unless otherwise indicated, all chapter, section and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.

1       **Local Bankruptcy Rule ("LBR") 9013-1(f) requires that any objection or response to**

2  **this motion must be stated in writing, filed with the Clerk of the Court and served on the**

3  **U.S. Trustee at 3801 University Avenue, Suite 720, Riverside, CA 92501, and on the Chapter**

4  **13 trustee Rod Danielson, 3787 University Avenue, Riverside, CA 92501, at least 14 days**

5  **before the hearing.  Failure to file and serve any opposition may be considered consent to the**

6  **relief requested in this motion.**

7

8  DATED: April 28, 2025                    PETER C. ANDERSON

9                                     UNITED STATES TRUSTEE

10

11                           By: */s/* Abram S. Feuerstein

12                              Abram S. Feuerstein

                            Assistant U.S. Trustee

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION**

Although Heston[2] represented the debtor, Daniel Alarcon ("Debtor"), in this case ("Bankruptcy Case"), Heston failed to disclose his compensation as Section 329 and Rule 2016 require. Consequently, the Court and parties in interest cannot determine the amount of compensation Heston received and whether it was reasonable. The U.S. Trustee respectfully requests that the Court order Heston to file a Statement of Attorney Compensation, and that the Court also retain jurisdiction over any potential refund motion.

**II.    JURISDICTION, VENUE, AND STANDING**

Jurisdiction over this core proceeding is based on 28 U.S.C. § 157(b)(2)(A) and (O), 1334(b), and the General Order of the District Court referring all Title 11 cases and proceedings to the Bankruptcy Court. Venue is appropriate pursuant to 28 U.S.C. § 1409(a). Additionally, bankruptcy courts have broad and inherent authority to regulate a debtor's attorney's compensation. *Law Offices of Nicholas A. Franke v. Tiffany (In re Lewis)*, 113 F.3d 1040, 1045 (9th Cir. 1997). The U.S. Trustee has standing to be heard on all issues in any bankruptcy case. 11 U.S.C. § 307.

**III.    STATEMENT OF FACTS**

1.    The Debtor filed a voluntary Chapter 13 bankruptcy petition on April 1, 2025. [*See* Petition, Avalos Decl. at Exh. 1]. Heston represented the Debtor in the Bankruptcy Case. [*Id.*].

2.    The Debtor had filed an incomplete or skeletal petition. Accordingly, the Court issued a deficiency requiring that the remaining case commencement documents be filed by April 15, 2025. [*See* Case Commencement Deficiency Notice ("Deficiency Notice") and Order to Comply with Bankruptcy Rule 1007 and 3015(b) and Notice of Intent to Dismiss Case, Avalos Decl., Exh. 2].

3.    The Debtor failed to comply with the Deficiency Notice. Instead, five days after the Court's deadline, the Debtor requested a voluntary dismissal of the Bankruptcy Case. [*See* Docket, Number 11, Avalos Decl., Exh. 3].

---

[2]    Capitalized terms used herein have the meanings ascribed to them in the Motion and Notice of Motion.

4.      The Court dismissed the Bankruptcy Case on April 23, 2025, in accordance with the Debtor's request.  [*See* Docket, Avalos Decl., Exh. 3].

5.      The Debtor failed to timely file the Statement of Attorney Compensation and, to date, has not filed a Statement of Attorney Compensation.  [*See* Docket, Avalos Decl., Exh. 3].

## IV.    ARGUMENT

### A.    THE COURT SHOULD ORDER HESTON TO FILE A STATEMENT OF ATTORNEY COMPENSATION PURSUANT TO SECTION 329

Section 329 requires attorneys to disclose any compensation paid or agreed to be paid within one year of the filing of the petition for services rendered in connection with the case.  Rule 2016 specifies that the attorney must file a Statement of Attorney Compensation with the Court within fourteen days of the filing of the bankruptcy petition.

"An attorney is required to 'lay bare all of [his] dealings' concerning compensation agreements . . . made by, for, or on behalf of the debtor so that the court and parties are not forced to 'ferret out pertinent information.'"  *In re Whitcomb*, 479 B.R. 133, 140 (Bankr. M.D. Fla. 2012) (quoting *In re Saturley*, 131 B.R. 509, 517 (Bankr. D. Me. 1991).  An attorney's failure to disclose his compensation is sanctionable and can include total denial of compensation.  *In re Andreas*, 373 B.R. 864, 872 (Bankr. N.D. Ill. 2007).  "Even a negligent or inadvertent failure to disclose fully relevant information may result in a denial of all requested fees."  *In re Park-Helena Corp.*, 63 F.3d 877, 882 (9th Cir. 1995).[3]

Heston failed to disclose the compensation he received from the Debtor.  Heston's failure to file a Statement of Attorney Compensation frustrates the efforts of the Court, and of parties in interest, to review the reasonableness of the fees Debtor's counsel charged.

Review of Heston's fees may or may not be appropriate here, where the Bankruptcy Case already has been dismissed in its earliest stages after the Debtor failed to cure the Deficiency Notice

---

[3]      Although Heston's failure to timely file a Statement of Attorney Compensation is a sufficient basis for ordering a fee refund, the U.S. Trustee is not requesting such relief in this Motion; however, the U.S. Trustee reserves his right to request a fee refund after Heston files a Statement of Attorney Compensation.

1  and based on the Debtor's voluntary request. In any event, the dismissal of the Bankruptcy Case

2  does not excuse Heston from complying with Section 329 and Rule 2016. *See In re Menk*, 241 B.R.

3  896, 906 (9th Cir. BAP 1999) (stating, "issues of compensation and sanctions survive dismissal").

4  Consequently, the Court should order Heston to file a Statement of Attorney Compensation.

5  Additionally, the Court should retain jurisdiction over any matters arising from or related to Section

6  329, so that the U.S. Trustee, or any other interested party, can file a refund motion, if appropriate.

7  **V.      CONCLUSION**

8       For the foregoing reasons, the Court should order Heston to file a Statement of Attorney

9  Compensation. Additionally, the Court should retain jurisdiction over any matter arising from or

10 related to Section 329.

11

12 DATED: April 28, 2025                        PETER C. ANDERSON
                                                UNITED STATES TRUSTEE
13

14                                              By: */s/ Abram S. Feuerstein*
                                                    Abram S. Feuerstein
15                                                  Assistant U.S. Trustee

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF MARY H. AVALOS

I, Mary H. Avalos, declare:

1.    I am a Paralegal Specialist working at the Riverside District Office of the United States Trustee Program.[4] I submit this declaration in support of the Motion.  If called as a witness, I could and would be competent to testify to the following of my own personal knowledge, except as to those facts which are stated upon information and belief, and as to such facts, I believe that they are true.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Debtor's Voluntary Petition, which I obtained from the Court's electronic records.

3.    Attached hereto as Exhibit 2 are true and correct copies of the Case Commencement Deficiency Notice ("Deficiency Notice") and Order to Comply with Bankruptcy Rule 1007 and 3015(b) and Notice of Intent to Dismiss Case, which I obtained from the Court's electronic records.

4.    Attached as Exhibit 3 is a true and correct copy of the Court's Docket for the Bankruptcy Case, which I obtained from the Court's electronic records.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 28, at Riverside, California.

_____
Mary H. Avalos

---

[4]    Capitalized terms used herein have the meanings ascribed to them in the Motion and Notice of Motion.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3801 University Ave., Ste. 720, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion and Motion for Order Compelling Attorney to File Disclosure of Compensation Pursuant to 11 U.S.C. Section 329 and FRBP 2016;Memorandum of Points and Authorities: Declaration of Mary H. Avalos In Support Thereof

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/28/2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached electronic mail notice list.

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/28/2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Daniel Alarcon, 103 E. 6th Street, Perris, CA 92570

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/28/2025 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

(Overnight Mail Attn. Judges' copies)
United States Bankruptcy Court, Attn. Honorable Scott H. Yun
3420 Twelfth Street, Suite 345/Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/28/2025 | Mary H. Avalos | /s/ Mary H. Avalos |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:25-bk-12055-SY

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

# Exhibit 1

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Daniel** <br> First name <br><br> Middle name <br> **Alarcon** <br> Last name <br><br> Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name <br><br> Middle name <br><br> Last name <br><br> Business name (if applicable) <br><br> Business name (if applicable) | First name <br><br> Middle name <br><br> Last name <br><br> Business name (if applicable) <br><br> Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – <u>3</u> <u>2</u> <u>6</u> <u>3</u> <br> OR <br> 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> 9xx – xx – ___ ___ ___ ___ |

| Debtor 1 | Daniel | | Alarcon | | | Case number *(if known)* _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN ___ __ - ___ ___ ___ ___ ___ ___

EIN ___ __ - ___ ___ ___ ___ ___ ___

EIN ___ __ - ___ ___ ___ ___ ___ ___

EIN ___ __ - ___ ___ ___ ___ ___ ___

**5. Where you live**

103 E. 6th St.
Number      Street

Perris, CA 92570
City            State    ZIP Code

Riverside
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number      Street

P.O. Box

City            State    ZIP Code

**If Debtor 2 lives at a different address:**

Number      Street

City            State    ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number      Street

P.O. Box

City            State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

| Debtor 1 | Daniel | | Alarcon | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

District _____ When _____ Case number _____
                                          MM / DD / YYYY

District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes. Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
                                          MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
                                          MM / DD / YYYY

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | Daniel | | Alarcon | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | Daniel | | Alarcon | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No.

    ☐ Yes.    What is the hazard? _____

    _____

    _____

    If immediate attention is needed, why is it needed?

    _____

    _____

    _____

    Where is the property? _____

    Number          Street

    _____

    City                                    State    ZIP Code

| Debtor 1 | **Daniel** | | **Alarcon** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:#888;color:#fff">**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling</div>

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Daniel** | | **Alarcon** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:gray"><strong>Part 6:</strong> Answer These Questions for Reporting Purposes</td></tr>
</table>

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17.** Are you filing under Chapter 7?

- ☑ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18.** How many creditors do you estimate that you owe?

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

<table>
<tr><td colspan="2" style="background:gray"><strong>Part 7:</strong> Sign Below</td></tr>
</table>

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____

Daniel Alarcon, Debtor 1

Executed on **04/01/2025**
MM/ DD/ YYYY

| Debtor 1 | Daniel | | Alarcon | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** /s/ Benjamin Heston
Signature of Attorney for Debtor

Date **04/01/2025**
      MM / DD / YYYY

**Benjamin Heston**
Printed name

**Nexus Bankruptcy**
Firm name

**3090 Bristol Street #400**
Number          Street

_____

**Costa Mesa**                                    **CA**      **92626**
City                                              State    ZIP Code

Contact phone **(949) 312-1377**          Email address **ben@nexusbk.com**

**297798**                                    **CA**
Bar number                                    State

Case 6:25-bk-12055-SY    Doc 1    Filed 04/01/25    Entered 04/01/25 13:25:15    Desc
Main Document    Page 9 of 10

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Benjamin Heston**<br>**Bar Number: 297798**<br>**Nexus Bankruptcy**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

<div align="center">

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

</div>

| In re:<br><br>**Daniel Alarcon** | CASE NO.:<br>CHAPTER: 13 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___1___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____**04/01/2025**_____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                        **F 1007-1.MAILING.LIST.VERIFICATION**

Exhibit 1, Page 19

**First Premier Bank**
3820 N Louise Ave
Sioux Falls, SD 57107-0145


**Loancare Servicing**
3637 Sentara Way
Virginia Beach, VA 23452-4262


**SchoolsFirst Federal Credit
Union**
PO Box 11547
Santa Ana, CA 92711-1547


**Allied Collection Service**
1607 Central Ave
Columbus, IN 47201-5370


**Jefferson Capital Systems**
16 McLeland Rd
Saint Cloud, MN 56303-2198


**H&R Block / Emerald
Financial Services**
5501 S Broadband Ln
Sioux Falls, SD 57108-2253


**LVNV Funding**
55 Beattie Pl
Greenville, SC 29601-2165

# Exhibit 2

# United States Bankruptcy Court
## Central District of California

| In re:<br>Daniel Alarcon | CHAPTER NO.: 13 |
|---|---|
| | CASE NO.: 6:25–bk–12055–SY |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☑ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]
☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

      Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

      3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>April 1, 2025</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form ccdn – Rev 02/2020)

1 /

Exhibit 2, Page 22

| United States Bankruptcy Court<br>Central District of California | | |
|---|---|---|
| In re:<br>Daniel Alarcon | CHAPTER NO.: 13 | |
| | CASE NO.: 6:25-bk-12055-SY | |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b)
## AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schd A/B(Form106A/B or 206A/B)**
**Schedule C (Form 106C)**
**Schedule D (Form 106D or 206D)**
**Schd E/F(Form106E/F or 206E/F)**
**Schedule G (Form 106G or 206G)**
**Summary(Form 106Sum or 206Sum)**
**Schedule H (Form 106H or 206H)**
**Means Calculation(Form 122C-2)**
**Schedule I (Form 106I)**
**Schedule J (Form 106J)**
**Decl Re Sched (Form 106Dec)**
**StmtFinAffairs(Form107 or 207)**
**Chapter 13 Plan (LBR F3015-1)**
**Ch 13 Income (Form 122C-1)**

For Chapter 13 Cases filed on or after 04/15/2019, the new version of the chapter 13 plan is required. The court will treat your case as not having filed a plan and **WILL DISMISS YOUR CASE unless the correct version of the mandatory form plan is filed by the applicable deadline.**

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)    File the required documents. If the document is filed electronically, no hard copy needs to be submitted to the court. (See Local Bankruptcy Rule 5005-2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: <u>April 1, 2025</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form deforco - Rev 04/2019)

1 /

Exhibit 2, Page 23

# Exhibit 3

4/28/25, 10:20 AM                       CM/ECF - U.S. Bankruptcy Court (NG 1.8.2 - LIVE)

Case 6:25-bk-12055-SY    Doc 16    Filed 04/28/25   Entered 04/28/25 14:56:20    Desc
                Main Document      Page 25 of 27       **PlnDue, Incomplete, DISMISSED**

# U.S. Bankruptcy Court
## Central District of California (Riverside)
## Bankruptcy Petition #: 6:25-bk-12055-SY

|  |  |
|---|---|
| *Assigned to:* Scott H. Yun | *Date filed:* 04/01/2025 |
| Chapter 13 | *Debtor dismissed:* 04/23/2025 |
| Voluntary | *341 meeting:* 04/30/2025 |
| Asset |  |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor**<br>**Daniel Alarcon**<br>103 E. 6th St.<br>Perris, CA 92570<br>RIVERSIDE-CA<br>SSN / ITIN: xxx-xx-3263 | represented by **Benjamin Heston**<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>949-312-1377<br>Fax : 949-288-2054<br>Email: bhestonecf@gmail.com |

**Trustee**
**Rod Danielson (TR)**
3787 University Avenue
Riverside, CA 92501
(951) 826-8000

**U.S. Trustee**
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

| Filing Date | # | Docket Text |
|---|---|---|
| 04/01/2025 | 1<br>(12 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by Daniel Alarcon Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 04/15/2025. Schedule A/B: Property (Form 106A/B or 206A/B) due 04/15/2025. Schedule C: The Property You Claim as Exempt (Form 106C) due 04/15/2025. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 04/15/2025. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 04/15/2025. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 04/15/2025. Schedule H: Your Codebtors (Form 106H or 206H) due 04/15/2025. Schedule I: Your Income (Form 106I) due 04/15/2025. Schedule J: Your Expenses (Form 106J) due 04/15/2025. Declaration About an Individual Debtors Schedules (Form 106Dec) due 04/15/2025. Statement of Financial Affairs (Form 107 or 207) due 04/15/2025. Chapter 13 Plan (LBR F3015-1) due by 04/15/2025. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 04/15/2025. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 04/15/2025. |

| | | |
|---|---|---|
| | | Disclosure of Compensation of Attorney for Debtor (Form 2030) due 04/15/2025. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 04/15/2025. Incomplete Filings due by 04/15/2025. (Heston, Benjamin) (Entered: 04/01/2025) |
| 04/01/2025 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Daniel Alarcon. (Heston, Benjamin) (Entered: 04/01/2025) |
| 04/01/2025 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Daniel Alarcon. (Heston, Benjamin) (Entered: 04/01/2025) |
| 04/01/2025 | | Receipt of Voluntary Petition (Chapter 13)( 6:25-bk-12055) [misc,volp13] ( 313.00) Filing Fee. Receipt number A58234483. Fee amount 313.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/01/2025) |
| 04/01/2025 | 4 (3 pgs) | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee Danielson (TR), Rod with 341(a) meeting to be held on 4/30/2025 at 10:00 AM via Zoom - Danielson: Meeting ID 376 608 2241, Passcode 7122449023, Phone 1 909 498 7843. Confirmation hearing to be held on 5/27/2025 at 01:30 PM at Crtrm 302, 3420 Twelfth St., Riverside, CA 92501. Government Proof of Claim due by 9/29/2025. Objection 523 Complaint Due: 6/30/2025. Proofs of Claims due by 6/10/2025. (Scheduled Automatic Assignment, shared account) (Entered: 04/01/2025) |
| 04/02/2025 | | Notice of Debtor's Prior Filings for debtor Daniel Alarcon Case Number 03-25953, Chapter 7 filed in California Central Bankruptcy on 10/31/2003. (Admin) (Entered: 04/02/2025) |
| 04/03/2025 | 5 (5 pgs) | BNC Certificate of Notice (RE: related document(s)4 Meeting of Creditors Chapter 13 (309I)(AutoAssign)) No. of Notices: 3. Notice Date 04/03/2025. (Admin.) (Entered: 04/03/2025) |
| 04/04/2025 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Daniel Alarcon) No. of Notices: 1. Notice Date 04/04/2025. (Admin.) (Entered: 04/04/2025) |
| 04/04/2025 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Daniel Alarcon) No. of Notices: 1. Notice Date 04/04/2025. (Admin.) (Entered: 04/04/2025) |
| 04/07/2025 | 8 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Delmotte, Joseph. (Delmotte, Joseph) (Entered: 04/07/2025) |
| 04/09/2025 | 9 (3 pgs) | Chapter 13 Trustee's Notice of Requirements Filed by Trustee Rod Danielson (TR). (Danielson (TR), Rod) (Entered: 04/09/2025) |
| 04/09/2025 | 10 (5 pgs) | Statement Filed by Trustee Rod Danielson (TR). (Danielson (TR), Rod) (Entered: 04/09/2025) |
| 04/20/2025 | 11 (2 pgs) | Debtor's Request for Voluntary Dismissal of Ch 13 Case Filed by Debtor Daniel Alarcon. (Heston, Benjamin) (Entered: 04/20/2025) |

| | | |
|---|---|---|
| 04/23/2025 | [14](#)<br>(1 pg) | ORDER and Notice of dismissal arising from debtor's request for voluntary dismissal of chapter 13 (11 U.S.C. Section 1307(b)) - **Debtor Dismissed**. (BNC) (RE: related document(s)[1](#) Voluntary Petition (Chapter 13) filed by Debtor Daniel Alarcon, [4](#) Meeting of Creditors Chapter 13 (309I)(AutoAssign)) (SM6) (Entered: 04/23/2025) |
| 04/25/2025 | [15](#)<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)[14](#) ORDER and Notice of arising from Ch 13 db'd req. for vol. dism. (11 U.S.C. Sec. 1307(b)) (BNC)) No. of Notices: 3. Notice Date 04/25/2025. (Admin.) (Entered: 04/25/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/28/2025 10:18:47 | | | |
| **PACER Login:** | xu02452021 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:25-bk-12055-SY Fil or Ent: filed From: 1/28/2025 To: 4/28/2025 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |