PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Abram.S.Feuerstein@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>DANIEL ALARCON,<br><br>            Debtor. | Case No. 6:25-bk-12055-SY<br><br>Chapter 13<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF MOTION FOR ORDER COMPELLING ATTORNEY TO FILE DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016**<br><br>**Hearing:**<br>Date:    May 27, 2025<br>Time:    1:30 p.m.<br>Place:    Courtroom 302<br>              3420 Twelfth St.<br>              Riverside, CA 92501 |

-1-

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, AND ALL PARTIES IN INTEREST:**

Based upon the filing of a disclosure of attorney compensation statement [docket number 17], Peter C. Anderson, the United States Trustee for the Central District of California, Region 16, hereby voluntarily dismisses without prejudice the *Motion for an Order Compelling Attorney to File Disclosure of Compensation Pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016* [docket number 16], and requests that the hearing be vacated.[1]

DATED: May 21, 2025       PETER C. ANDERSON
                          UNITED STATES TRUSTEE


                          By: */s/ Abram S. Feuerstein*
                              Abram S. Feuerstein
                              Assistant U.S. Trustee

---

[1] The U.S. Trustee reserves the right to review the reasonableness of the fees disclosed and to bring related enforcement action, as appropriate.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Office of the U. S. Trustee, 3801 University Avenue, Suite 720, Riverside, CA 92501**

A true and correct copy of the document entitled (*specify*)**: NOTICE OF VOLUNTARY DISMISSAL OF MOTION FOR ORDER COMPELLING ATTORNEY TO FILE DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 21, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    See Attached Electronic Mail Notice List          ☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 21, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Daniel Alarcon
103 E. 6th St.
Perris, CA 92570

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 21, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

(Served Via Fed. Express Attn. Judges' Copies)
United States Bankruptcy Court
Honorable Scott H. Yun
3420 Twelfth Street, Suite 345/Courtroom 302
Riverside, CA 92501

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

  May 21, 2025        Mary H. Avalos                      */s/ Mary H. Avalos*

# Mailing Information for Case 6:25-bk-12055-SY

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Rod Danielson (TR)**     notice-efile@rodan13.com
- **Joseph C Delmotte**     ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Abram Feuerstein**     abram.s.feuerstein@usdoj.gov
- **Benjamin Heston**     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.